

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

July 5, 2011

Via ECF & Hand Delivery:
The Honorable Joan M. Azrack
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Pipitone, et al v. City of New York, et al.*, Civil Action No. CV-06-0145 (DGT)(JMA);
            *Bishop, et al v. City of New York, et al.*, Civil Action No. CV-06-2843 (DGT)(JMA);
            *Borriello, et al v. City of New York, et al.*, Civil Action No. CV-06-2954 (DGT)(JMA);
            *Di Lapi, et al v. City of New York, et al.*, Civil Action No. CV-06-3101 (DGT)(JMA);
            *Greenwald, et al v. City of New York, et al.*, Civil Action No. CV-06-2864 (DGT)(JMA);
            *Lino, et al v. City of New York, et al.*, Civil Action No. CV-06-3591 (DGT)(JMA);
            *Morris, et al v. City of New York, et al.*, Civil Action No. CV-06-2189 (DGT)(JMA);
            <u>*Facciolo, et al v. City of New York, et al.*, Civil Action No. CV-06-1332 (DGT)(JMA</u>)

Dear Magistrate Judge Azrack:

        Enclosed is copy of a Stipulation and Order for the Protection of Confidential Documents, which was filed electronically today.

        Thank you for Your Honor's consideration of this matter.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney

    By:      /s/_____
            ORELIA E. MERCHANT
            Assistant U.S. Attorney
            (718) 254-6058

2

cc: <u>Via Regular Mail</u>:
Michael Chestnov
Assistant Corporation Counsel
Special Federal Litigation Division
The City of New York Law Department
100 Church Street
New York, NY 10007

Mark A. Longo, Esq.
Longo & D'Apice
*Attorneys for the <u>Pipitone</u> Plaintiffs*
26 Court Street, Suite 1700
Brooklyn, New York 11201

Cody McCone, Esq.
O'Dwyer and Bernstein, LLP
*Attorneys for the <u>Bishop</u> Plaintiffs*
52 Duane Street, 5th Floor
New York, New York 10007

Emme Freudenberger, Esq.
Neufield, Scheck & Brustin, LLP
*Attorneys for the <u>Greenwald</u> and <u>DiLapi</u> Plaintiffs*
26 Broadway, 21st Flr.
New York, New York 10004

Saul Bienenfield, Esq.
*Attorneys for the <u>Borriello</u> Plaintiffs*
255 West 36th Street, Suite 1104
New York, New York 10018

Michaelangelo Matera, Esq.
Andrew C. Laufer, Esq.
Law Office of Michaelangelo Matera
*Attorneys for the <u>Lino</u> Plaintiffs*
560 Broadhollow Road, Suite 106
Melville, New York 11747

Deborah A. Santelmo, Esq.
Law Offices of Barry E. Schulman
*Attorneys for the <u>Morris</u> Plaintiffs*
16 Court Street - Suite 2901

3

Brooklyn, New York 11241

Louis Eppolito, #04596-748
*Defendant Pro Se*
USP Tucson
U.S. Penitentiary
P.O. Box 24550
Tucson, AZ 85734

Stephen Caracappa, #04597-748
*Defendant Pro Se*
USP Atwater
U.S. Penitentiary
P.O. Box 019001
Atwater, CA 95301